Willard J. Moody, Jr. #22866
Jonathan Hogins, #83982
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone: (757) 393-6020
Fax: (757) 399-3019
Email: Will@moodyrrlaw.com
*Attorneys on behalf of Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION** | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, and for their Complaint against Defendants named below, incorporate The Master Complaint in MDL No. 2641 by reference. Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Phillip Allen

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Teresa Allen

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    California

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    California

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    California

7.  District Court and Division in which venue would be proper absent direct filing:

    In the United States District Court for the Central District of California

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   C.R. Bard Inc.

    ☒   Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction

    ☒   Diversity of Citizenship

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    Paragraphs 1 through 15 of the Master Complaint

        <u>A substantial portion of the events leading to Plaintiff's injuries arose in California making venue proper.</u>

10.    Defendants' Inferior Vena Cava Filter (s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery ®Vena Cava Filter

☐    G2 ®Vena Cava Filter

☐    G2® Express (G2X) Vena Cava Filter

☐    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☒    Denali® Vena Cava Filter

☐    S.  Other:

11. Date of Implantation as to each Product

    <u>11/07/2014</u>

12. Counts in the Master Complaint brought by Plaintiff(s)

    ☒ Count I: Strict Products Liability-Manufacturing Defect

    ☒ Count II: Strict Products Liability-Information Defect (Failure to Warn)

    ☒ Count III: Strict Products Liability-Design Defect

    ☒ Count IV: Negligence- Design

    ☒ Count V: Negligence-Manufacture

    ☒ Count VI: Negligence-Failure to Revall/Retrofit

    ☒ Count VII: Negligent Misrepresentation

    ☒ Count VIII: Negligent *Per Se*

    ☒ Count X:    Breach of Express Warranty

    ☒ Count XI:   Breach of Implied Warranty

    ☒ Count XII:  Fraudulent Misrepresentation

    ☒ Count XIII: Fraudulent Concealment

    ☒ Count XIV: Violations of Applicable Virginia Law

    Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒ Count XV: Loss of Consortium

4

Date: <u>March 15, 2017</u>　　　　　　　By:　<u>/s/ Willard J. Moody, Jr.</u>
　　　　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr. Esq.
　　　　　　　　　　　　　　　　　　　　　　Jonathan Hogins, Esq.
　　　　　　　　　　　　　　　　　　　　　　THE MOODY LAW FIRM, INC.
　　　　　　　　　　　　　　　　　　　　　　500 Crawford St. Ste. 200
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1138
　　　　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23705
　　　　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　　　　(757) 399-3019 facsimile
　　　　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com